1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-00652-WBS-CSK

       IN RE:  STEVEN WAYNE BONILLA          No. 2:25-cv-00654-WBS-CSK
12

13                                              No. 2:25-cv-00656-WBS-CSK

14                                              No. 2:25-cv-00657-WBS-CSK

15                                              No. 2:25-cv-00658-WBS-CSK

16                                              No. 2:25-cv-00659-WBS-CSK

17                                              No. 2:25-cv-00675-WBS-CSK

18                                              No. 2:25-cv-00677-WBS-CSK

19                                              No. 2:25-cv-00679-WBS-CSK

20

21

22                                              **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                            1

1  Alameda County.  (<u>See</u> <u>Bonilla v. Fresno County</u>, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3  the Court to open a new case for each attempted new pleading and assign it to the Court for

4  review.  (<u>Id.</u> at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (<u>Id.</u>)

6        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.

8        Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00652, 2:25-cv-00654, 2:25-cv-

9  00656, 2:25-cv-00657, 2:25-cv-00658, 2:25-cv-00659, 2:25-cv-00675, 2:25-cv-00677 and 2:25-

10  cv-00679 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further

11  filings will be accepted.

12  Dated:  March 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2